UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMAR DAVIS,

               Petitioner,

                                                      16-CR-339 (RMB)

-against-

                                                       **ORDER**

UNITED STATES OF AMERICA

               Respondent.
------------------------------------------------------------X

        The U.S. Attorney's Office shall file an answer or other pleadings in response to Petitioner's motion for compassionate release under 18 U.S.C. § 3582, docketed May 10, 2023, on or before June 13, 2023.

Dated: May 23, 2023
       New York, NY

                                                                   RICHARD M. BERMAN
                                                                         U.S.D.J.