COMPASIONATE RELEASE
SENTENCE REDUCTION

THE HONORABLE JUDGE BERMAN,
            GoodMorning / GoodAfternoon MR. Berman
I AM WRITING AGAIN TO Re-Submit MY compassionate
Release Motion For The Third TIME, I Understand
My MOTION For compassionate Release WAS DeniED in
The Past For NOT ProviDing ExtraDonary And Compelling
Reasons, Also Due To The Fact I've ONLY completed
Approx 50% OF MY TIME, I AM Now in R-DAP currently
Waiting For A Response To Get My Good conduct TiME
Restored For The cruel and unusual punishment I've
Endured (I've Added THE INcident Report # And DetailS)
Therefore You Have A Clear understanding Mr. Berman
I've Been GoinG Through AlOT OF HardShip During My
Incarceration (My Rights Were violatED on Several occasions)
ON camera FootagE By These FBOP officials With No CARE
in The World, MY Family (KiDS) Lives Were Put In Grave-Risk
AN OFFICER (J. Bailey) In FCI Beckley Took My Address
Book Out OF My Pocket With All OF My Family InformatioN
INSIDE it, And Threw it ON The FLOOR For somebody To Recover
After I WAS Already DeTAINED And SprayED With O.C (Jan 1.22)
I've Been AssquiteD (TWICE) WHILE in HandcuffS (TorTure)
By AN LieutiNET (MilHem) And A OFFICER (BirDSaw) Shu STAFF
USP AllenWood (I've ADDED The DetailS) Therefore You CAN
Review it, I've Been INcarcerated For Almost (9 YEARS)
And Im currently ENROlled in (Preparing For SuccesS After Prison)
I've obTAINED My (G.E.D), I've comPLETED The (Brave Program)
And The (Drug-ED Program) As Well, I HAVE NO (100) SERIES
INcident Reports (No DrugS) (No Weapons) (No StabbingS)
I Know Im NOT Perfect BUT I've CHANGED For The BetTER
Even if it isNT A BiG change, (WHICH I THINK iS) Im NOT
The same Man / KID I was When I Was DeTAINED, I ShoweD
That I Can Think In SituatioNS In A HOSTILE EnviorMENT

Without Reacting in a violent manner, Also
I've had to go without of Hygeine for Approx 2 Months
upon Arriving at USP Florence, The conditions of confinement
Are intolerable and it goes Against My rights.
( I've added the BP 8) which is the facts.
My Release Date is (Sep 1. 2025) As of Now
I lost (81) non-vested and (41) Gct Days for
The incident Report # 3649195 where I was (Tortured)
Deprived of Medical Attention, Not provided with
The proper (clothing) & (Hygeine) I was Assaulted
(Twice) on Camera Footage ( Read Case Details Added)
I'm still currently Going through The Post Traumatic
Stress from what was Done to me and my Family
Its Hard to cope with These problems in prison
Where I'm Constantly Have to worry About Getting killed
Because If I express Myself About whats Really Going
on And somebody Finds out I will be stabbed,
This officer put My Family in Grave Risk And Other
FBOP officials Are Tampering with My Mail which I can
prove ( I've sent an Electronic copy-out to the PrEA Building)
I've presented the Dates, Times, (etc) To prove All what
I'm stating is True, I know I was violent in My Past
younger Days As A youth, And I'm Going to be Forever
Labeled For My Past, (Everybody Deserves A Chance)
I Have No problem completing The Duration of My Time
I Just Ask The Court to consider what I'm stating
Therefore Hopefully (God willing) I can Go Home to My
Family, I Have A plan to be successful And to stay on the
Right Track (positivity) I'm in preparing for success After prison
To Help me Execute My plan. My Girlfriend Happens to own

Buisness That I Can Get A Job At, We Speak About
That Often. (Me Getting out And Staying out) Changing
My ways When Im Released And Not Going Back To What
Got Me Incarcerated, I Know its Hard To Believe When
You Read My History On Paper (But) Thats Not Who I Am
I Was Trying To Survive The streets, I Want To Prove To
Everybody That Labeled Me As (Dangerous) That I Can
Be Positive, I Plan To Talk To The Youth So They Can
Learn From My Mistakes, MY Organization I Plan To Create is A
Non.Profit ( NO 2ND Chances) Which Has The Logo Of A Gun (NO 2
Chances)
And it Helps Teach The Youth That once You Pull Pull
A Trigger You Can Never Take That Back And To Teach
Them To Think Before They Act, I Just Want To Do
Good Now But its Events Such As (Review The Case Details)
That Forces Me To Be That way, Its Not Much I Can
Say, Im Not Trying To Convince Nobody or Trick Nobody
To Free Me ( I Know I Can't) Im Just Being Honest
With Myself And The Courts With Hopes To Be Released
Every Motion I File Gets Denied, I've Been Trying
To Get Help For Some Time Now, Im Not Going To Quit
I Know what I've Went Through Wasn't Right
(MY Rights Were Violated) And All I Can Do is Pray
To God That MY Family is Safe And I Make It out Alive,
Thankyou For Your Time Mr. Berman, Please Take
This in Consideration, I Want To Finish R.Dap And
Complete it Before MY Release, So I only Wish To
Receieve My (281) Non.Vested (And) (41) Got DAYS
For What Was Done To ME.

Thank You Again
MR. Berman

Have A Bless DAY
(J. Davis)

RULINCS  72470054 - DAVIS, JAMAR - Unit: FLP-E-B

------------------------------------------------------------------------------------------------------------------

FROM: 72470054
TO: Soto, Jaislyn
SUBJECT: INTRODUCTION
DATE: 08/01/2023 09:16:59 AM


------------------------------------------ (INTRODUCTION)----------------------------------------------------------
***For the record i am requesting ($100 million) the immediate or modification of my sentence and i want the fbop staff brought
to justice for their devious acts against me which has left me mentally scarred, physically drained ,and scared of law officials (im
traumatized) i never know what th next officer is going to do to me for retaliation,(ive been a victim of retaliation) for run ins with
the law ,(READ MORE)
**** The only permissible exception to exhaustion is where the remedies are unavaliable
(no such exception exist in this statue)
-applicable policy statement issued by the sentence commission
A party with the affimative goal and presumptive access to proof on a given issue normally has the
--------------------------- --------------------------(BURDEN OF PROOF) ----------------------------------------
   **** ALL THE INCIDENTS MENTIONED IS IN THE SIGHT OF A CAMERA ,(AND) THERE ARE MORE INCIDENTS THAT I
HAVE NOT MENTIONED FOR VARIOUS REASONS ,WISH I PLAN TO ELABORATE ON IN THE NEAR FUTURE,
( PLEASE EXCUSE THE TYPO'S)
THANK YOU FOR YOUR TIME PLEASE GET BACK TO ME AS SOON AS POSSIBLE
GOD BLESS..

TRULINCS  72470054 - DAVIS, JAMAR - Unit: FLP-E-B

---------------------------------------------------------------------------------------------------------------------

FROM: 72470054
TO: Girl, White
SUBJECT: send it to everybody (lawyers) (news)
DATE: 06/05/2023 03:02:32 PM


Goodmorning/goodafternoon , im writing on behalf of the fact i would like to bring a various of life threatening events that has
occured during my incarceration, the reason for this is to get some legal assisitance i have a case in court right now
jamardavis v.fbop 1;23-cv-0459.
ive sued the nypd for similiar conduct for violating my rights,& i was on the kaleif browder documentary so ive been on this side
of the fence for some time now and im tired of being vicitimized from the law, ive experienced some of the same things that
mr.browder did if not worst and i have all the FACTS to prove this ,DATES,TIMES,NAMES INCIDENT REPORTS
EVERYTHING ,
on(december 2? 2018) IN FCI BECKLEY
ive received an incident report for contraband found in somebody else cell, i was in 2 caucasian men cell and the officer (d.law)
came into the cell and confronted me in a aggresive manner asking me what am i doing in here this is a whiteboy cell i dont
belong in here, i was then searched and sent to the shu for what was found in their cell ,i was the only man to go to the shu  i
was lied on and racial profiled by this officer which is very unprofessional
(on june30th 2021) i was again violated , i was involved in a fight and i know from doing research that the response team had
up to a minute to get to that destination but this time nobody came untill minutes later in a emergency somebody could of been
killed, moving on i walked away from the fight with my hands up because i didnt want the officers to spray me and beat me
up ,they still didnt come so i walked back to the officer and was cuffed as soon as i was cuffed 20 officers came running at me
and jumping on me just like ERIC GARNER,i was then brought to the shu where that same night i had a severe asthma attack
where i literally almost died , i pressed the buttom for help multiple times barley could breath and the officer told me if i can talk i
can breath in a laughing manner i called my mother and told her about this incident on the phone the next day so its onphone
records ,
on(jan1 2o22) i was involved in a non physical altercation with my cellmate ,the officer came in my cell while my back was turnt
and grabbed me and started to assault me throw me around the cell right before he maced me directly in the ear/eye
i put my hands up and the officer still slamed me on the ground , he then took my address book out of my pocket and threw it
on the floor therefore somebody could recover all of my information, after i was maced and taken out of the unit i was put in the
L.T holding cage to sit and burn for several minutes and then i was taken to the shu holding cage to sit while im burning gasping
for air i have chronic asthma on records , not only that the date was switched on my team sheet as if it happen on jan 10 2022
instead of the 1st they tryed to cover it up what they did my family pictures was missing all of my property was missing as well
on (feb14 2022) i was in the shu with an inmate who been trying to get psycholigical help for almost 3 weeks and to no avail did
nobody help him the camera can show the cell trying to get everybody attention with copout asking for whatever help he
needed, one day he snapped out wrote a copout to the officer they came back cuffed him up took him out the cell and then
brought him back i told the officer to get him some help then they cuff me took me to a holding cage and told me i have to fight
or fuck this man to leave the cell with him, this is crazy and a VIOLATION on all levels this is madness
they knew it was sure to happen because when they put us back in the cell they waitied cause they knew it was going to be a
fight instead of fixing the problem they added fuel to it, i was sprayed and thrwon in the holding cage while im again gasping for
air asking for my inhaler and to get this mace off of me, i had to sit and the holding cage and almost freezing cold weather with
no shoes while im having a asthma attack and i was in that cage for about 10 mins again i have chronic asthma and the same
dude that maced me is the same person who let me almost die without getting medical attention
i feel like i have a target on my back
(compassionate release) when i filed for compassinate release i stated the fact that the nurse told me if i didnt take this shot i
would die, she tricked me into taking that needle very unprofessional , after i filed that ,everything that was going go turnt out to
bad iwas programing i just completed the brave program ive just obtained my ged and i just completed the drug ed program i
had no incident reports untill after that i was doing what i had to do to be a better man in society
on (may 2022) i arrived in  USP ALLENWOOD where things got worst
i went to the shu for having a mental breakdown i was telling the officers in the fci i hear voices but they didnt believe me
and nor did the officers in allenwood,
(on independence day weekend)i was put on sucide watch
prior to me being put on sucide watch i had stopped eating because it was feces in my food everytime i would try to eat i
passed out and was dragged out of the cell , i belivee that same night i went to sucide watch but the LT MILHEM was irate that i
wanted to go to sucide watch on this date because it was a holiday and he didnt want to get somebody to watch me
he bent my arms up towards my shoulders and then pushed me with max force face first to the wall and almost broke my jaw i
didnt eat the entire time i was on sucide watch and the psyche still took me of suciude watch she had no care in the world about
my well being and this is suppose to me a mental helalth care level 3 yard
i was then put in a observation cell where the officers put inmate after inmate to fight me like im some type of ufc fighter or

TRULINCS  72470054 - DAVIS, JAMAR - Unit: FLP-E-B

---------------------------------------------------------------------------------------------------

something , the officers know their are polilitics in the federal system and certain people your not suppose to be in the cell with, i had one fight with a man for almost 10 mins straight in a observation cell, there was blood everywhere at this time i didnt eat for almost a week going on 2 now , on camera can show all of this, they took the other to medical and just basically threw me right back in the cell with no cleaning supplies no extra set of clothes nothing

i was freezing cold i had to work out at 3 4in the morning just to stay warm,everytime they took somebody out of the cell they will put another one in with me after the fight is over they take another man out and out another one in like this was done before and if it has it needs to be looked into because this can really make a man go crazy

i had my face banged into the wall while in handcuffs because i didnt want to take the inmate in my cell because i was tired of fighting  i had mace on my genitals which burnt turnt purple when i decided to take a shower, i had no extra set of clothes so i had no other choice but to wear what i had left after this lifethreatening event

the officer lied on me stating that he seen me fighting false he didnt and he gave me extra sheets clothes etc. which he didnt the dho officer took my phone for 12 months $405 fine 60 days in the shu and 281 gct days all because i was forced to be in a cell with a inmate i knew i was going to have problems with, i just had a fight with soebody that was 290lb i havent ate for almost 2 weeks i was dizzy and the officer banged my head into the wall i asked for medical attention multiole times i even sat down at recreation and i was told they were going to mace me if i didnt get up

when i got released out of the shu i was on the compound and the officers in the messhall were giving me devilish grins and angry faces whent hey give me my tray at dinner i can prove all of this

ive seen officers give mail out with no id pick up , this is a maximum security prison we have to scan our finger for and swipe our id for everything but our personal mail is being given out with no care in the word

my mail was given out to other peope in the shu and there were so manyh phones on that compund

with you put those 2 together that becomes a hazard for everybodys familys or legal personal information thats dangerous , (THERES SO MUCH MORE,) I HAVE ALOT MORE INCIDENTS THAT I DIDNT MENTION FOR VARIOUS REASONS,  AND YES I PLAN TO ELABORATE MORE IN THE NEAR FUTURE I JUST WANT YOU TO GET A PICTURE AND UNDERSTANDING OF THE CASE, I NEED LEGAL HELP , I FEEL LIKE IM A TARGET (I WANT TO SPARK AN INTERNATIONAL OUTCRY SO MY VOICE CAN BE HEARD)

TRULINCS  72470054 - DAVIS, JAMAR - Unit: FLP-E-B

---------------------------------------------------------------------------------

FROM: 72470054
TO: The Model, Nicky
SUBJECT: case
DATE: 07/18/2023 06:57:23 PM


discrimination
harrassment
hateful behavior aimed at one person
racism
misuse of identification
lack of respect for the law
no care for a inmate with mental health needs in a (care level 3 yard)
false information presented on incident reports to make me look as if im the aggressier and false information about what
happen (when its on camera)
continued misconduct of repeated violations
retaliation, putting me through the same things kaleif browder went through after i participated in his documentary
infliction of mental health
deprived of medical attention in an emergency
assualt and battery (twice) TORTURED
harrasment is unwelcomed conduct including (verbal, physical, written or verbal
lack of respect for personal confidential information such as(mail pictures address book)
which is security
staged and provoked incidents that put me in life threatening and non severe incidents that caused me to lose good conduct
time/privillage
all my communication was taken for a situation i was put in where i was the vicitmized (by officer staff)of cruel and unusual
punishment and to cover it up my communication was taken for a year and i had to pay a fine which froze my account so i cant
buy stamps to contact the outside world rather (legal or family)

(jan 1 2022)
on my team sheet it states the date is (jan 10) the date was switched to cover up what was done
their were two different remarks that i suppose of had stated which was
my celly was jerking off & i was off my meds i hear voices
(why) did the officer take my address book out of my pocket and throw it on the floor for somebody to recover after i was
already handcuffed kids lives were put in danger
on file (medical records) it states i was (cooperative) why was i thrown around in my cell with excessive force before i was
maced and even after i was maced i was compliant with my hands up i still was slammed to the floor before(address book)
being taken out of my pocket
(why) was i taken to the lieutinet holding cage to sit and burn for multiple mins before being taken to the shu holding cage to sit
and burn for more minutes when i have chronic asthma?? before getting washed down with water,
(why) was all of my property missing an the officer is suppose to pacck my personal belongings(cell was suppose to be secured
and everything was suppose to be packed) how did some of my pictures and personal protery come up missing?>?
(nov 21 2022) on medical record it states 'no apparent distress' but on camera in the lieutinet holding cage can show different
(inmate) denies injury (nothing took place)
a camera view can show me being cornered in etc, (a threat to my saftey) but on (3) seperate occasions i was forced back into
danger
(why) was the lieutinet and the unti teamn waiting outside of the unit with a mace can in his hand (lieutinet)
the first time i had a mental breakdown i didnt have to show the nurse my chest and legs (why now) because it was obvious a
threat to my saftey, the other inmate i left the unit with didnt have to show his chest and legs and we were side by side (same
status) not to mention i was in 'no apparent distress'
(how) did the inmate obtain the shower curtai from the shu (tormenting me)
on may 10 22 (on file may 20 22)
i was charged with disruptive conduct for email abuse after i had a mental breakdown, i have a majpr depressive order
(on medical records) instead of helping me with the mental health i was punished and treated as if im not human while doing my
shu time for this (incident report) and this is a car level 3 yard that has a building just for mentallity ill inmates, on may 10) i was
in quarantine in the shu and i have not been to a&o, i was given the a&o papeer to sign when i got out of the shu
(july 8 2022) releveant conduct to (feb 8 22) how ironice?
a camera view can show my cellmat at the time taken out the cell just like on (feb 8) incident then brought me back to the cell
when i declined to cuff up because i didnt want any more problems(have to defenbd myself) i;ve already had fights prior to this

TRULINCS  72470054 - DAVIS, JAMAR - Unit: FLP-E-B

--------------------------------------------------------------------------------------------------

and been assualated by the lieutinet (while in cuffs) and i didnt eat for approx 2 weeks at this time due to my trays smeeling like feces, i was still assualted(tortured) by this officer,
(what) was the reson you wenbt in that cell and banged my head on the wall while in cuffs?
(why) was their no incident report for all of these fights that happen in this cell(observation cell) camera right in front of it
(why) doesnt mr davis have the proper clothing after the fight when it states on the incident report that he was given extra clothes sheets etc??
(why) did the staff give the other inmate cleaning supplies to clean the blood up from all around the cell but you left mr davis in their days(even after) the staff sprayed mace and their was blood all over( im sure) their was a cell open that he could of been switched to
(why)was the sanction so harsh for this incident report where/when its obvious this was provoked/staged and if this man has (major depressive disorder)mr davis, (why) isnt  this man getting the help he needs (psychology& medical) instead he's being punished it looks to get me that your staff are talking advantage of a mental health inmate in a (care level 3 yard)
(why) was o.c used twice if this officer didnt see them fighting and they both complied with the direct order right away
(why) did it take so long to pull them out the cell after they were in cuffs( when mr davis has chronic asthma)
(why) is davis always the one to get put back in the same cell? its obvious whomever is watching this camera has no care in the world about this mans well being observation means (to watch) (why) is all of these type of incidetns taken place under whomever watch??
(feb 8 2022) the officer pulled out my cellmate for whatever reasons and then im pulled out after i refuse to cuff up and take my cellmate back, (what) was the reason you took both inmates out of the cell in the first place?(their was a problem obivously) and if their was a problem as (staff) your suppose to correct it(federal correctional institution)
(why) was their 2 inmates forced to be in the cell? (when theirs a problem) and then when you put them back in the cell together they miracously have a fight(what did the officers tell these inmates to cause this)
then you spray mr davis and throw him in the shu recreation cage outside in the freezing cold with no shoes while he burns for several mins when he is asking for something obviously(camera view) in a distress manner
(why) did it take so long before he was washed dpwn with water(and this is the same officer) that was involved in the night of (july 30) incident  when davis pressed the help button multiple times while having a sever asthma attack  begging for his inhaler but to no avail did this officer give him help.
(july 30 21)
(why) did it take so long for the team to respond to body alarm? (why) did it take so many officers to take my client down?
(why) after davis walked away with his hands up he wasnt detained? again! he walked away with his hands up walking towards the camera (this would never have happen if the response team would of arrived in a timely manner or if the chaplin would of walked to where davis was and handcuffed because he was obviously(walking away from the problem) literally(why) was davis slamed to the floor twice?(why) is their 10 officers piled on top of mr davis after he was a;lready cuffed and being brought to the shu it was no reason for all of those staff to take him down like that (eric garner)not resisiting! (later that night) (why) after my client pressed the help button multiple times (medical emergency) the staff gave him no help he was left to fend for himself and he has chronic asthma for the record, on the phone he tells his mother about what took place that night on the next phone call he made (why is the officer look amused by davis time of need)?
(december late 2022) cell 229
the night before it was time to switch cells the help button was pressed inside the cell i was in due toan altercation that was brought to the staff but instead of fixing the problem the c.o told my cellmate your not moving no cell and then told me to fight or fuck him (again the button was pressed)later that night their was an altercation in the cell obviously, the next day upon moving cells the inmates had bruises and scars (davis) finbger was bleeding with gash officers had to know due to them cuffing him up but to no avail did a medical assesment be done after they were aware of the incident which later resulted to them being split up (move cells)
(why) is the staff throwing mr davis bed and sheets on the floor in the hallway but brings the other inmates bed etc staright in the room(my client is obviously a target) they were aware of the problem before and after and did nothing about it (no medical attention etc
(late dec 2018)
(why) was davis the only one searched in tht cell? (why) was davis charged for everything in their cell? (why)was davis sent to the shu if it as not hit cell and the officers caught all of them in their together doing nothing obviously only davis went to the shu for what was in that cell which wasnt his for the record(why) did the incident report get dismissed so quickly if this officer stated i was the one that possesd these things that was found(what ) made the officer come in that cell in the first place? was it because it was 2 caucasin men and davis (afriecan american) or was it because mr davis was targeted?
(BACKUP ARGUEMENT)
trays smelt like feces during shu stay which caused mr davis not to eat for an extended period of time on camera(suicide watch) till the time he basically left the observation cell 234 that the fights took place in, after a certain amount of meals rather he took the tray or not(if he was being watched) which he was a camera is clearly in front of the cell 234 and its apparent he is not eating (hes lost alot of weight) evident due to his weight ofcourse and he has no shirt on freezing cold so its obvious to whomever was watching the camera and whomeever is doing rounds (my client was suppose to be forced feed) not assualted

TRULINCS  72470054 - DAVIS, JAMAR - Unit: FLP-E-B
--------------------------------------------------------------------------------------------------------------------

and deprivedthe proper medical attention(why) is it everytimee davis wnters the chowhall rather its lunch or dinner upon
reaching the food line a different pan is brought ut to serve mr davis an at dinnertime the officers are doing the exact same thing
giving davis specific trays with devilsh looks on their face(a camera view can show this late nov to be specfic with the devilsh
grins 18,19n20 21) prior to him being sent to the shu(why) is it in (a unit) usp canaan that my client is the only inmate in the unit
with two orange stickers on his door whats that all abut?(why) is my client being singled out and put in situations rather life
threatening or non severe where negative attention is being shined on him(for example)(why) was he the only one able to
spend $360.00 at commisary upon coming out the shu from these life threatening incidents(was it to bribe him)? or was it to put
attention on him? what makes him so special?(usp allenwood)
(why) was the fine put back on mr davis acount $705 after it was already cleared for 2 months right before he went to the shu
(was this planned?)(why) wasnt my client given medical attention after the officers were aware that their was an altercation
between the two of them on (late dec 22)which led to mr davis finger being permantly disfigured(usp allenwood)
(why) is mail being passed out with no i.d pick in a maximumn security prison which later happen to be phones all over the
compound (that is a hazzard)what if somebody had the intent tocause another inmate harm? thiis would make it all possible
due to the lack of security from these officers in a (maximun security prison)
(why) are these same incidents taken place more than once (its obvious my client is being targeted) (july8) & (feb 8 22)PRIME
EXAMPLE he was assualted TWICE while in handcuffs on (june 30th by lieutinet & AGAIN on (july 8)
(why) is it that after mny client filed for compassionate release with complaints that the staff was feeding them (inmates) box
lunch for (breakfast unch and dinner)and his criminal lawyer called up to the jail asking questions about mr davis well beingd
due to the complaint made about the nurse stating that davis would die if he did not take this shot(influenza)  all of a sudden he
starts getting incident reports when hes been programing (completed brave program) (drug ed) and he obtained his (GED) not
to mention he has been incident report free for almost 3 years,(dec 14 18) untill (april 29 21) which were both 300 series shots,
the majority of these incident reports mr davis has caught are 300 series shots if not (297) which are close to 300 (no violence)
(no weapons) (no drugs) untill these provoke/staged incident reports,(if you look) into these incidents reports

TRULINCS  72470054 - DAVIS, JAMAR - Unit: FLP-E-B

---------------------------------------------------------------------------------------------------

FROM: 72470054
TO: The Model, Nicky
SUBJECT: case2
DATE: 07/18/2023 06:58:13 PM

instead of just seeing it as a fight or assualt look into the details before stating davis as the aggressier etc,
anyway you look at mr davis conduct while incarcerated their is a tremendous change in his behavior compared to thepast
when he was a youth, jail is a hostile enviorment nobody perfect but the change is visible hes been programming either (brave)
or (school) hes been enrolled in some type of program or activity to better himself before release if you shall shine the light on
on his flaws  do the same for his improvment and growth how about we ask (the teachers and the program specialist for an
assesment on his behavior, character etc,and even still that gives no right to do the things that these officers did to mr. davis for
crisis sake the officer put kids lives in danger when he took this mans address book out of his pocket and threw it on the floor
while mr davis was handcuffed on his way to the shu (HATE) it appears to me that these officers are trying to make him (mr
davis) relive the same thing mr kaleif browder did for partcipating in ( the documentary) what other explanation fits this behavior
this is cruel and unusual punishment to the (MAX) clear as day and in the sight of a camera on numerous occasions which
shows the lack of respect these officers have for the LAW and the inmates well being and the vicitms family which kids are
apart of and if the goverment can sit and defend these hideous act it shows that the )BOP) condones this behavior and is
obviously corrupt and has no respect for an inmates (human being) constituional right.i mean the camera footage, the
documentation(incident reports) etc shows a contionus acts of violation the blatant disrespect for the law the obvious retaliation
for prior run ins with the law (relevant conduct) sueing the nypd, kaleif browder documentary we have dates, times, names
scenarios the prove to be clinically correct, the paper trail of medical records this is alot of evidence not to mention the inmate
has a major depressive disorder, chronic asthma since a child and these incidents are a nightmare for somebody with these
conditions can you imagine having to go through all of that at one time look at that camera footage on (jul5 >july8), the
defendants misleading characterizations..i guess thats why the psyche and the dho did not believe him when he stated he
hears voices which later happen to be true (see camera footage on those dates and youll see somethings wrong (mentally) with
mr davis, his mental health was taken lightly
(goverments respone) his motion only sets forth only the most cursory and conclusory allegations of mistreatment with scant
details and no support (mr basmeliio) obviously did not look into the complaint 'allegations' and if he did that means he
condones the fact that children lives were put in dnager and he is willing to defend those who are affliated with such devious
acts(the officer) who threw the addres book on the floor  among other things such as my well being (how) is that shortly after mr
davis filed for compassionate release with complaints about this instution he is being put under s.i.s investigation for something
as serious as bringnig drugs in the instution and when it comes to the light a week or so later , he is released from the shu, if
their were and eveidence that mr.davis was involved in such why did it take (approx a week or so) o figure it out he had nothing
to do with it (was he targeted)? and (why/how) does the property officers misconstrue the fact thta mr davis has a full propert
box with pics etc. and his cellmate has literally nothing(and puts mr davis family pictures) kids etc in somebody else property
box that he never recovered, on a phone record shortly after that you can hear mr davis informing his mother about what
happen.(how) can you put an inmate thats been through some real serious(life threatening) incidents at a very young age as a
(care level 1) who takes and have been taking medication for anxiety and depression for more than a decade(not to mention)
hes labeled as anti social and major depressive disorder rather he shows symptoms or not the psyche is suppose to dig deep to
help him with his mental health, and then he goes through a (mental breakdown) on record and to no avail does he get the help
he needs(why) because its obvious the psyche does not believe him when he informed the dho about his mental health instead
his cry for help was looked down upon as an escape route to get away with the incident report, several of them (incident report)
demonstrates that mr davis has become increasingly violent with 3 fights and two assualts( but on 2 seperate occasions mr
davis had his face banged to a wall while in handcuffs he has not been caught with a weapon stabbed nobody or nothing such
as but in several occasions mr davis is put in situations where he asks for help from staff so he wont have to indulge in fights
but to no avail does he get help so its inevitable to happen caused him to have to defend himself these incident reports dont
show that mr davis is a violent man/ndividual wuntill the picture whom ever is painting of him (then) he starts to look violent after
the exgtra paint is added(false information) is added, the community was all at mr davis sentencing date so its obvious the
community welcomes davis, (how is he still considered young and violent ?? when in actualliaty mr davis admits to his wrong
and take responsibillity for his actions rather its a criminal case or and incident report, as you read
the goverments response it states' in other words that (they are) trying to cover their bop staff officers while shinning the light on
minor wrongful acts that mr davis has commmited while incaceragted (this is unbelievable)
(why/how) is davis even more a danger o thre community 8.1/2 years later? its obvioud that something is being withheld out of
the sight to prevent them (bop) from looking as if corrupt , davis states hes become a educated non violent man he has not
commited one violent act from the day he was in the federal bureau of prisons untill july 30 of 2021 which is 6 years an he has
obtained his (ged) with high scores an in the mist of almost dying due to lack of care and being deprived of medical attention in
an emegerncy(that says alot when yo compare this to his past) BIG DIFFERENCE
the defendant makes only passing mention of health namely as (asthma) (anxiety) both of which continue to be addressed

TRULINCS 72470054 - DAVIS, JAMAR - Unit: FLP-E-B

--------------------------------------------------------------------------------------------------------

appropitaely (how) if my client tells dho he hears voices and the psyche downplays his mental health due to 'the defendants misleading characterizations" as what the goverment called it and after that (shortly) he has a mental breakdown and they still give him no help (the proper) which would be "addressed appropiately" if they did or was to

(would) you take a vaccine after you were told you will die if you dont take this shot (influenza) which she tricked me into taking ) that was unprofessional to tell somebody that, it was a big commotion in fron of davis cell after the shot was given to davis, (jan6 21)

the defendat remained a danger to the community due to jis offense conduct and poor instutional adjustment (how) does mr davis have poor instituional adjusment if he is currently enrolled in (ged) (brave) and (drug ed) at this time which he later completed all shortly after (not to mention

) he has no weapon no fight or no drugs on his incident report record.. on this date above (jan 6 21)

the fact that he may sadly remain a danger to the community, this shows that theirs is something that the bop knows that makes me a greater danger to the community (all of a sudded) how ironic?

his medical records reflect additional non compliance relationg to his mental health treatment (specifically) when the defendant was prescribed remron for depression (anxiety) "he abused the drug" one occasion taking 30 pills in 5 days " quote on quote but.... the assesment from (mr.law) states it was (suspected) and i stated " i got it on friday and already took half the bottle" it can not be both, something is missing and its the truth.

if i change my address how can i continue to be a danger to the commnuinty that i no longer reside at or plan to especially if nobody knows me in this commuinity i can not be a danger to the community , the arguments raised therin was substanstial from dates ,times,names cccfootage, incidsent reports (documentation) (how) are these allegations moot? are you by passing the burden of proof before this response was made?or is the goverment condoneing these acts of hate.

(why) after my client completed all of these programs (brave) (drug ed) and obtained his (ged) his points doesnt drop, (why) is this? and he is sent to a usp shortly after completed these programs where is the leinency, if mr davis was increasing in violence spat how come he was sanctioned so lightly? around this time (jan 6 21 > july 30) its not adding up their is obviously something going on behind the scence (targeting) mr davis perhaps. the week of coming back to the unit from the shu in unit 2b (day of) asking for a bp.10 and getting it from j.bastian the counsleor (on the first shower) their i had to sign the a.o paper before i received the incidernt reports, (why) did the ciunsleor take the bp.10 if he knows that these forms are sent to the regional (northeast) appears that the counsleor is taking advantage of mr davis being naive to the fact but he's speaking to the counsleor about it so therefore you knew and why days later does the bp.10 come back with a response as if it did get mailed out, (CONDITIONS OF CONEFINEMENT) ive been at florence usp for almost a month and wasnt afforeded hygeine (neither) from (laundry) or at the store which como sheets was given during lockdown (first) time shoppers are non exsiting here , which leaves me to depend on strangers) for things such as neccessities (hygeine)

d.a states " facially suspected allegations ;my question is? did you complete he fact finding process or are you going off the base of your perception? their is so much proof to these so called "allegations' it appears your defending or justifying their actions, (on the july 4th >july8) incident why did the inmate mr davis have to get pulled out of the cell off camera to conduct this 'medical assesment' (emergency) how many medical emergencys did you conduct the same precedessor?

because if somebody is on the floor obviously you wasnt watching the camera because if they was you wouldnt be asking the inmate to get up/and even after.. you still jumped on him and then forced him up before draggin him to the holding cage off camera to do god knows what t him, we already have proof that lieutinet and officers are assualting him while in cuffs (TORTURE)

from (december > feb 2023) if you watch the camera , mr davis has sent a massive amount of bp.9s and legal mail out (and the goverment) states; he is making allegations with scant details, those letters were well detailed just as this burden of proof, which makes them 'moot' is what was stated, their has to be more eveidence to these allegations(read) that are being withheld from the public eye or whom ever decides to look into these actual events that are being labeled as 'moot' allegations ) i stated i was (assualted) which i have on 2 seperate occasion

mistreated , my life was put in danger, deprived of medical attention, racial profiling (racism)

tormenting acts, drenched with mace and put in cages to sit and burn, why am i the one to always gett washed off with water last everytime ? on jan 1 and on feb 8 this happen(is it a coincidence)? and why is the same officer that basically watched me fight for my life involved in this current situation from july 30 and feb 8 its becoming a habit, which is a hazzard coming from bop staff and officials , it does not matter becuase he is the shu/staff or not their are the other officers thhat work the shu that was not involved in neither acts of hate against mr davis,

also , i stated i was ( deprived of psychology needs) mental health , watch sucicde wath video and observtion cell look at incident report #3582964 remarks an assesment that was made and the statement as well about his mental health (was downplayed) as a lie in other words its clear as day and then after the (mental breakdown)on camera (Lt holding cage) its obvious this man has some sort of mental dystfunction and after days of not eating the (psyche) still releases pushed him out from suicede watch(without even looking into (mr davis) notes while being their (sucide watch) again this appears ti be true 1000% , this man was deprived of mentall health on seperte occasions despite the long history of mental health and taking meds to cope with these issuse for an extended period of time (a decade) + not to mention he i abeled under major depressive disorder (in cohoots) the pan gets switched everytime  go eat the officers give me specfic

TRULINCS 72470054 - DAVIS, JAMAR - Unit: FLP-E-B

---------------------------------------------------------------------------------

FROM: 72470054
TO: The Model, Nicky
SUBJECT: case3
DATE: 07/18/2023 06:58:18 PM

trays with angry dvious looks. the lieutinet and the unit team was witing outside the unit before i ws surrounded (then states its not a threat to my saftey) the fact that the officers zre taking one inmate out and putting another inmate in the cell with me right after the fight + assualting mr davis during this life threatening experience(how) did that inmate obtain that shower curtain from the shu(why) did the staff search the cell and take a bag from me and my celly property because mr davis reported a prea on staff, which ive been trying to do so for approx a month at this time , in a situation such as prea the inmate is suppose to get help not punished (why) did this officer hold the mans spoon and toothbrush in fron of davis cell before droppbg it on th floor in a tormenting manner,(why) was a tran sexulak man waiting in thaat specific area for so long untill davis walks out of the chowhall (the day before going to the shu nov21) after getting a tray from an officer with a angry scowl on his face, the transexual man waits untill mr davis walks out of the chowhall and cut right in front of him asf this was planned , that is an unauthorized area, strictly for officers , inmates only walk through the metal detctor not stand around,(during nov 18>21) fter count these incidents take place (unit/chowhall)
(why) is it on medical file every incident documented it states mr davis was/is cooperative and on the dho reports he always admits to his wrong doings but on file it states davis is non.compliant ad is more of a danger to the community due to his spate of increasing violence(conduct while in prison) months prior to this mr davis completed (brave,druged, and obtained his ged) but custody points were never even considered being dropped but instead he was forced to be in a cell where their was a problem and told to fight or fuck which later resulted to him being sent to a usp
( rehabiliitated facts!)
-have not received a (100) series incident report
-has been incident report free from ( dec 2018 > april 29 21)
-obtained his ged
-completed the brave program
-completed drug ed
enrolled in forklift (which he didnt finish)
-has ot received any incident report pertaining (drugs) whe comes from a long history of drug abuse
-has the most hours in (brave) history(didnt stop trying untill he got it right and completed it)
-was currently waiting to be a tutor for a teacher (mr ugh)
-from the past mr davis conduct has changed from then till now if you compare the two it shows a substantial amount of eveidence to back up these points made to show that davis has rehabillitated(not perfect) but progress is shown even after mr davis has experieced life threatening incidents he still has relapse to his old young and vilent ways(which) shows a tremendous amount of growth because after a situation that mr davis has broughtt to the light about these BOP OFFICERS/STAFF these type of incidents can make a man relapse to his old ways unless thats not the man he is no more CHANGE! nothing happens over night an progress is defintely shown, during his incarceration i mean if he has not grown for the better(rehabilitated) even if it was a liltle bit how was he able to stay in a (fci) for almost 5 years with tose type of custody points if he is so ;dangerous' without receiving an mass amount of incident reports that were considered (serious) if he had not rehabilitaed with points almost at (40) upon arriving at(fci beckley) he would of been sent to the usp for his non compliant behavior now this shiws that he was able to stay on the right track (postive) enoughtt to get his points dropped down from a (38) to a (25) during his incarcertion, this is a tremendous drop for somebody who has NOT rehabilitated, the (defendant discplinary records however indicate that he has persisitently violated bop rules (resulting) in numerous run ins with the staff(even if) this is true (THAT DOES NOT) give the staff authorization to do what they did to mr davis (on multiple occasion) which appears to be continous acts of hate such as assualt, degrading behavior from staff, deprived of medical atteention in an emergency ETC.(on june 29th we took a shower the on july 3rd we took another shower
its suppose to be every 72 hours, (most recent) usp florence (see bp8) , this narrows down the range of discrection in this case how can this (defendant) arue/contest any of the facts set before us,-a court is not required to reduce a sentence on compassionate release under &3582 was drafted using the word may not mush and(should) b denied because he has failed to exhaust his adminstrative remedies also has not established that their is compelling reasons for this release( which he is asking in his case  (to not be misconstued immediate release under compassionate release and part of the demands of the case mentioned prior davis v. federal bureau of prisons amongs 100 million for serious "allegations' that are actual events such as (assualt & battery) (deprived of medical attention) ini an emergency....see case details mentioned ^
(on the first attempt) compassionate release one of the factors mentioned i was exhausiving my remedies. fo somebody with a long history of diagnosis (known) and (unknown) due to the lack of mental health treatment (can) get a bit i would say confusing for one/whpm has these circumstances (the cruel and unusual punbishment davis received on several occasions,
(LAST IMPORTANT NOTES PERTAINING CASE )
after these circumstances i believe this sums up the (burden of proof) such as extradionary and compeeling reasons as well the

TRULINCS 72470054 - DAVIS, JAMAR - Unit: FLP-E-B

--------------------------------------------------------------------------------

cours legal analysis has to have a different perspective after looking into (fact finding) which happens to result in the (Burden of proof) which presents (dates, times names cccfootage documents etc) facts are facts and prior behavior or acts of violence commted in the past should not e the only subject we focus on if their iis a substanstial amount of proof that shows extradonary and compelling reasons that not only warrants an compasionate release or modification of a sentence which ever one that the the court finds suitable for this case set before us  but when rights are being violated continously their has to be some justification on for the recevier of this degration etc. from these (bop officers) something needs to be done (not should) this behavior is unacceptable especially coming from federal officers on all levels such as LIEUTINETS/officers etc and if the plantiff is still consider dngerous after hes the one being abused ,assualted,harrassed their has to be some kind of hidden agenda (vendetta) that these officers have against mr davis for whatever reasons and (again) that still gives no right under law for these such endeavors to take place (time after time) again and again (where) is the respect for the law that is suppose to reflect the seriousness for these acts of (HATE) a crime is a crime no matter who commits it and if the plantiff has to pay with time for whatever he did(to show for respect for the law) BLACK LIVES MATTER IN JAIL TO,then these same percdessors neds to be applied (justice need to be served) this discredits the testimony of against me from these officers (hich is false information) which was mentioned prior ^

(the defendant) goverment are pulling tricks out of the bag in desperate measure to prevent making a mockery out of the fbop , the technicalities need to be taken care of immediately if not the motion of a speedy trial is sure to be imposed to make sure this happens (BLACK LIVES MATTER IN JAIL TO) its obvious the officer had ill intentions when he took my address book out of my pocket nd threw it on the floor. (COMPLIANCE)

it shows that mr davis is compliant when it comes to his mental health and medication (everyday/month) faithfully

-what made (whomever) write inbcident report (297) after davis had a mental breakdown, is it due to him making a disturbance with his conditions (mental health) or was it out of spite to take advantage of him while going through his mental healh issues, why would you look at his tru-lincs and write him a incident report for such and then later physically abuse him while doing his shu time for that incident report ,their was (false information) again on #3530527 incident report

chaplin states he put me against the wall to regain contrwol and then i attempt to elbow him in the face...(false) their was no wall where that incident took place and a (camera view) ccan show that the chaplain (did not) do what he stated and (why) did the chaplain not cuff him up when he walked away from the fight and why did it take so long for the response team to arrive? davis had his hands up (compliant) as he walks away from the fight (approxmitaley) 30 feet away from where the fight started ,incident report #3038324 was switched to a (297a) from a (397) a 3 way was made but nobody picked up (how) is that a 297 if nobody answered the phone their were no 3rd party on the phone and then the counsleor states to me (davis) you got somebody upset with whatever you did which was confusing at the time but as i look back now i fully understand what she meant (i am a TARGET) , which was the only time i lost GCT untill the

#3530527 incident report which i mentioned prior (see details) oct 17 2017 > august 9 2021) almost four years) and they say mr davis is not rehabilitated. mr davis would still have majority of his gct f it was not for these staged and cruel and unusual punishment from these officers/lieutinets and dho officers.

(conditions of conefinement)

- i had no other choice but to take a shower with no soap (for a month)

-i had to wash/rinse my mouth with water (no toothpaste for a month)

-i was not afforded any product of deodrant but was given the opportunity to buy stamps and otc forms such as viatims etc

-hygeine becomes problematic for an individual when he starts to smell especially when your on lockdown in a cell for days without a shower and it makes it even worst when we only take 2 showers a week (when in fact) it suppose to be every 72 hours on (june 29th) then again on (july 3rd), the conditions are unusual and cruel  even if not intended, on all aspects of whom constituional rights and by law htgeine such as soap toothpaste etc are suppose to be afforded to an inmate upon arriving to a facillity (especially) when 1st time shoppers are non existing (in addition) the defendant is no longer even housed at the facillity where the 'alleged' mistreatment took place but in actullity its still taken place here at usp florence (RATHER) intended or not its still cruel and unusual punishment, "the defendant was most likely moved to a high security prison to prevent him from harming other inmates or staff (which he never did) but was harmed bu fficers/lieutinet 2x, the ytransfer also removes him from the enviorments that he claims again with no suport, how is that when letters that was sent to (500 pearl street) december 12 & 24 which has information about what took plac in vivid detail that if it was looked into, it would show that these are actual events and (again) this mistreatment are still taken place see (bp8)usp florence just not with intentions to do so (as the last prisons) he was housed in

(what) did mr davis do in-order for him to be labeled as a person who needs to be in a high security prison because he may hurt another inmate/staff, is it because he may want to retaliate for the assualts and mistreatmens that hewas forced to endure(go though) or is their substantial evidence shwoing this? (why) would davis want to do something to a staff? it has to be a reson these actions are being suspected especially when he has never assualted or caused physical harm to one (a staff) (is it specualtions? ) cant be theirs a reason and that is because davs had been mistreated assualted(mistreated) on so many different occasions by (the staff) that they are expecting retaliation but it is clear that davis has no intentions on acting off impulse (violently) to anybody unless its defending himself. which got him sent to a high usp to protect a staff/im,ate from further violence (in usp allenwood) last prison housed mr davis was assualted by 2 staff in usp allenwood which happens too be officer/lieutinet on july 7 their was a whole lot of confusion over the staff not giving out hygeine, ot took allday of confusion slot

TRULINCS  72470054 - DAVIS, JAMAR - Unit: FLP-E-B

----------------------------------------------------------------------------------------------------

holding in order for us to get hygeine supplies (2 bottles of soap and 1 toothpast and toohbrush)
but was not afforded a shower (on shower day) this is not a matter of right or wrong ,the law states we as inmates are suppose
to get a shower every )72) hours (today is the 7th of july) for the record (rights) are being violated today is the (31st day ive
been in usp florennce this is madness UNDER  (conditions of conefinement)
would you consider this a form of (mistreatment) again rather intended or not  these are extradonary and compelling reasons for
sure

TRULINCS  72470054 - DAVIS, JAMAR - Unit: FLP-E-B

---------------------------------------------------------------------------------------------------------------

FROM: 72470054
TO: The Model, Nicky
SUBJECT: case4
DATE: 07/21/2023 07:42:45 AM


cruel and unusual behavior is taking place(why) is this happening so frequently? is this a coincdence that this type of acivity is going on?(no showers) (no hygeine) for more than a month but afforded the chance to buy stamps and otc items/? was this planned am i being targeted? i find it kind of ironic tht im sent somewhere were these type of activitys are taken place.(how) can you argue with these facts this is a federal usp (where) is the order? are we not human beings or better yet am i not a human being(BLACK LIVES MATTER IN JAIL TO) no (ALL LIVES MATTER IN JAIL TO)
today on (july 7 ) i requested and filed a bp-8 for these cruel and unusual punishments from these staff officials that work here at usp florence a camera footage can show all of this madness going on due to us (inmates) not being afforded what we have the right to get and have , while all of this is taken place i ws going through flashbacks of last year endeavors from usp allenwood the torture and pain i went through, i wrote psych but got a bland response check (electrical copout) this is alot to deal with at one time(why) do i have to keep going through these type of events , i am menatlly scarred from all of this sick behavior  that im receiveing from the law rather its police officers lieutinets or correctional officers, its to much and the goverment is willing to defend these actual events as if its not happening , this is bizzare behavior coming from the law and also a hazard to my mental health and well being, so now that we was given hygeine i guess it makes it right that we are not afforded a shower 'these allegations', this is what the goverment calls the (BURDEN OF PROOF) IT QUESTIONS THE POSTION OF POWER that whomever is in control has (JUSTICE NEEDS TO BE SERVED)
if you look into the complaints that was made about staff(why) is it that these "allegations" are not being looked into before responding to the motion ? their constantly stating these are moot allegations but their is alot of proof to lookat to determind rather these allegations are moot, but instead its 'these allegations" are being bypassed as if its nothing to look into if the federal system as a whole is protecting these very serious (again) so called 'allegations' who is mr davis or whomever suppose to turn to for help if thier (the law) condoning it and trying to cover for their mistakes  (this is a very serious matter) on the night davis went to the shu (nov 21) why in the lieutinet holding cage he had to take his shoes off? and why did the officer take davis personal property(paper) n glasses case if thats something hes entitled to have while in the shu? this is constant violations on so many different levels..
(NAMES AND ROLES)
Lieutinet tony) told me to fight or fuck, before forcing me back in the cell with an inmate that i had problems with after the inmate told the officer about it and was forced back in the cell anyway.
froble) (july30) and (feb8) incidents  (look into details mentioned)
(Bailey) (jan1) addressbook out of my pocket and threw it on the floor after i was assualted and handcuffed on my way to the shu(review story)
(D,law) (dce22)incident the officer seen me in 2 caucasin men cell and came in the room and told me i dont belong in here before i was taken to the back searched and sent to the shu by myself for what was found in their cell,
(ms wankego)
Lieutinet Milhem) banged my face on the wall for wanting to go to sucide watch, while in handcuffs. (assualt/battery/tortured
Birdsaw) banged my head on the wall (while i was in cuffs) for refusing to cuff up because i dint want to have to fight nomore
Lieutinet packer) refusing to get me medical attention (in shu yard) after i asked for medical due to me being dizzy (didnt eat for approx 2 weeks while in observation cell) also was involved in repeated violations (review details mentioned ^
Pencil)tormenting me , held my toohbrush and spoon in front of my face in the shu before throwing it on the floor after i filed a prea that i was trying to file for almost a month at that time, (instead of helping me i was tormented and violated)
Leiby) trying to sneak me sheets after i went without it for so long, on the day of mainline at breakfast in cell 227 he tryed to sneak me the sheets but they fell on the floor,
ms stackhouse) incahoots with inmates. knew about the situation with me going to the shu (nov 21) how was she in the hallway way
Allen) lied on me , incident report july8 sprayed me when he did not see us fighting and after we complied with his direct order and then let us sit in the cell for approx 5 mins before taking us out of the cell while oc was in the air i have (chronic asthma) (review more details ^)
j.bastian) falsification , mislead me to thinking the bp 10 gets turned in to him when its suppose to go to the northeast regional and then returning it as if that was the right thing to do. (which never came back to me even after i filed it in usp canaan) where i had my fce banged into the wall while in cuffs before being forced to be in a cell with an inmate their was prior issues with Turner)for giving mail out with no .i.d pick up in a usp maximum security, where their later o be phones in this prison, if you add the 2 of them it becmes very dangerous when anybody can see your mailing address not to mention this is the same officer who turnt his back on me while i was being cornered in ,he turnt his head as if he seen nothing (see more details ) which also puts kids lives in danger (address+kids= danger
ChowhallStaff)given me spcial trays in the shu and out of the shu, and given me devilsh looks while giving me the tray a camera

TRULINCS 72470054 - DAVIS, JAMAR - Unit: FLP-E-B

---------------------------------------------------------------------------------------------------

view can show this
dho bittenbender)for cruel and unusual punishment, didnt even look at the camera to see what really happen and then given me
that harsh sanctioned which im still recovering from (see more details ^) 281 gct days, $705 fine 12 months lost of phone.
shustaff/smith) contionusly tormenting me an saying things that put me my life in danger and he was the one who jumped on
me with the sheild when i passed out as if ima threat instead of someone who needs medical attention
shustaff/miyosi refusing to help me get a banket and new clothes , he wouldnt even give me cleaning supplies under the
conditions ( see camera view d200 ranger cell 234) after and before allen lied on me saying he gave me new clothes etc.. also
told me to fight or fck as well
fullerton) tormenting me about my situation while i was in the shu .
Trustfund)for clearing my fine and then putting the fine back on prior to me going to the shu on (nov 21)
the fine was cleared when i left the shu , they let me go $360 when the limit is 180.00 ,and then prior to me going to the shu the
fine was put back which leaves me with no communication to let my family know what happen to me
(WARDEN ALLENWOOD) letting me spend $360.00 in commissary after i was released from the shu early , was it because
(warden) knew what happen to me and try to bribe me to not pursue with the right steps to handle this type of situation or was it
to put more negative attention on me 'why is he able to spend 360 and were not' what was the logic in that ? and for taking my
copout about prea and other stuff that happen to me (mistreatment) but to no avail did the warden help me,
(R&D) FOR MAKING THE METAL DETECTOR light up a different way to put more negative attention on me (unwanted) i have
no metal in my body why do i have to be singled out ? whats the reason
(SHU/SISallenwoodGARRISON) for trying to force me back out into a life threatening incident that could of possibly got me
killed or seriously injured (when the camera shows clearly that their is obviously a danger to my well being)
(SHU/STAFF) for not wearing name tags on display so i wont know their name ,(tall always wears a hat )pRTICIPATED AND
RESTRAINING ME WHILE HOLDING MY HEAD WITH l.t PACKER AND OTHER STAFF (MEDICAL) so the nurse can take my
blood and push multiple needles in my arm while being restraint (ms hernandez) was the nurse who shot me with multiple
different needles after i passed out and they jumped on me
(psychology) for taking me off sucide watch while going through mental health issues downgrading my mental health, i didn eat
the entire time i was on sucide watch and the psyche still forced me t leave sucide watch because they didnt wan to have
nobody watch me i already got my face smashed into the wall for feeling sucidal(this is a care level 3 yard) for the record
(FCI/SHUSTAFF) property officer around on date (jan 10>20) for placing my family pictures ,kids,mother ,father etc in another
mans properybox when he knew that these were my pictures, i had a full box and i made him go through the pictures with me
so im more than certain tha he was aware of whom pictures they had , i find it hard to belive that he did not know those werre
my pictures , this was another act of (HATE) put my family pictures in another mans property which i never received who knows
who has my familys pictures. (a camera view can show all of this)
(FCI/chaplain)obviousley the staff either knew this whas goig to take place or they seen it was me (davis) and didnt run to secure
the area(situation) i walked away and was still lied on (incident report) see more details ^
(dho/bittenbender) the fact that mr bittenbender took the remaining of mr davis $account and phone for a year after what was
done to him shows that he was trying to cover up for their actions while punishing me to the max, for as long as possible and
then shortly after that he no longer does dho in usp allnwood, is it a coincidence>?? (NOTES)(notes)
i was not given an incident report for refusing a direct order on #3649195 but insteadhad my face banged into a wall and (why)
did the c.o spray tice if we didnt refuse the direct order? you only spray when the inmates refuse to comply with the direct order
to stop fighting then you take furhter steps to stop the fight (it doesnt make sense) for the record i made no complaints about
usp canaan except the fact that oblinsky (shu/staff) told me maybe we dont like you when i asked why am i contionusly getting
skipped on the law library (on camera) you can see me when its time to turn in law library slips i do everyweekend and the staf
always go around me or start far away where they wont make it to my cell on time and they grab the same people everyweek
when its inmates like me putting in slips to go every chance they have law library(repeated acts of violation) ive sent multiple
letters special mail(in big envelopes) while in usp canaan shu to the (counsel of the bop) my lawyer (mark demarco) my civil
lawyer(john r depola) and to bth court houses(robert c byrd ) and (william j nealon) about everything that happen to me in vivid
details(dates times names camera footage)etc
(FEB13) pt is deemed (carelevel 1) for mental health 'i have reviewed this ptients avaliable medical file for recent lab test and
encounters and found this treatment to be clinically indicated at this point (what makes a care level 1,2,3 )? what is the
quateria ?? how does mr davis fall under (carelevel 1 ) with a long history of mental health ,(after) a psyche states this ^ but
prior to this review on (july 1>july10) from sucide watch to the observation cell 234 d 200 range , experiencing mental health
related issues (hearing voices etc) while being harrassed,assualted ,tortured and deprived of medical/psychology attention, why
is it that every incident mr davis was involved in states he was (ccooperative) when refered to his (behavior) which means
compliant(how) can a major depresive order inmate be a (carelevel 1) and he also has explosiv disorder isnt these two seperate
diagnosis(moods) which can cause confusion and if a inmate can be depressive and then explosive one minute wouldnt you
think that this (inamte) need to be cared for on a more microscopic level?
(on march28 23) states on medical file that ' this is concerning for possible rticial avulusion fracture fragment due to the lenth of
tim (4) months before it was actually examed(usp allenwood) refused to get davis medical attention even after they were aware
f he incident and scar, due to them (bop staff) having to cuff me up the next dy to switch cells ,(read more mentined prior^) for

# Certificate of Completion

**Presented to**

**Jamar Davis #72470-054**

**For successfully completing the**

## Drug Abuse Education Course

The Drug Abuse Education Course is a minimum of 12 hours. The goal of this program is to help the offender to make an accurate evaluation of the consequences of his/her alcohol/drug use and consider the need for treatment.

M. Allen/ DTS

FCI Beckley   Institution

4/29/2021

TRULINCS  72470054 - DAVIS, JAMAR - Unit: FLP-E-B

--------------------------------------------------------------------------------

the record (mr davis) was put under investigation for introduction (bringing drugs in the prison) right after he filed for compassionate release (retaliation) he was later found that he had nothing to do with it(a week or so later) during that time mr davis personal property (family pictures ) in another inmates property box which was his ellmate who had nothing in his property box due to him just arriving to the institution and this happen after the property officer went through davis pictures with him so their is no way for him(property officer) to make a carless grave risk such as that, their were pciture of kids and immeditae family, (hazard)!!

# Certificate of Completion

This certificate is awarded to

## Jamar Davis

for completion of FCI Beckley's
Bureau Rehabilitation and Values Enhancement (BRAVE) Program

June 15, 2021



M. Allen, BRAVE Treatment Specialist



# Office of the State Superintendent of Education

This Certifies That

## JaMAR C DAVIS

having satisfactorily completed the Tests of General Educational Development
with scores comparable to those of high school graduates,
is hereby awarded this

## High School Equivalency Credential

and is entitled to all the Rights and Privileges appertaining thereto.

In witness whereof our names are hereto affixed, this the
25th Day of August, 2021

Hanseul Kang
State Superintendent of Education

Antoinette S Mitchell, Ph.D.
Assistant Superintendent
Postsecondary and Career Education

Philip L. PremDas
GED Administrator

District of Columbia
Office of the State
Superintendent of Education

GOVERNMENT OF THE DISTRICT OF COLUMBIA
MURIEL BOWSER, MAYOR



TRULINCS  72470054 - DAVIS, JAMAR - Unit: FLP-E-B

---------------------------------------------------------------------------------------------------

FROM: 72470054
TO: Tucker, Tanisha
SUBJECT: don't mind this i just need to type this
DATE: 07/22/2023 09:09:07 AM

*CAN You PleASE Review This And Direct it To WHomever CAN Help ME OBTAiN MY GcT BACK And Therefore This Matter CAN BE ADDressED Respectfully. J. DAVis*

(bop-10) incident report # 3649195

Jamar Davis 72470054 ( extension page 1)
  I am requesting administrative remedy due to the fact , this will be the 3rd retime ive filed this specific complaint (bp-10) the first (2) DID NOT reach its destination for whatever reasons, i do not have the extension (remark) paper from the (bp-9) due to sending it to thus address which apparently never got their, i was in the shu when i sent the (bp-10) mail out , i receieved the bp 10 on (march 18) in usp cananna  i sent the mail out that week, ive been on transfer status(either waiting or transfering) so this could be the reason i havent receieved the notice pertaining my complaint(bp-10), this incident report that i speak of has cost resulted to me losing (240) non vested gct days , (41)gct days ,(12) months loss of phone usage and a hefty fine of $405.00 , i was in cell 234 d200 range in usp allenwood their was a camera in front of this cell (234) observation, i just returned from suicide watch (for the record) i was assaulted by  lieutinet (while in cuffs) my arms was bent up in the cuffs then my my face was smashed into the wall on my way to suicide watch because the lieutinet didnt want to get an officer to watch me on independence day weekend,(now) while i was inn cell 234 i dindt eat for more than a week (even while on suicide watch) my tray smelt like feces, which caused me not to eat for an extended period of time,all of my communications were taken shortly after the damage was done so i cant contact the outside world to let them know what happen to me. in a time frame (june 30th to july8-july10) i was assaulted (twice while in handcuffs) the 2nd time was due to the fact i refused to cuff up because i didnt want to have to fight nomore ive been in (2) fights prior to this while on observation and DID NOT  receieve any proper medical attention or an incident report and this is in a observation cell (a camera can show this) and after every fight the shu/staff would throw me right back in that same cell and leave me cuff up and throw another inmate in the cell to fight me and after that fight , this is when i refused to take my cellmate back, i havent eaten for days, i got assaulted by and lieutinet ive had 2 fights and then i was assaulted again (whle in handcuffs)and then had another fight. i had to stay in that same cell for days with no proper clothing no cleaning supplies nothing but in the incident report. it states that i was given everything new (FALSE) a camera can show all of this and after all of this the (DHO) sanctioned me with harsh intentions , which i didnt inderstand i was the vicitm and i was charged as if i tryed to kill somebody, its obviously the (dho) did not review that camera because if he did maybe the sanction would be different, all of my communication was taken right after,as if their trying to cover up what theyve done to me and now my mail isnt reaching its destination  this is madness i need professional help at this point i need this to be overlooked and reviewed therefore the right thing can be done and i can be sanctioned based on the facts ive provide all i wish is for my (281) nonvested and GCT days back) and i wish to have my ($405.00 restored) this was extremly harsh can you please look into this matter RESPECTFULLY,  my rights were violated this is a case of (CRUEL AND UNUSUAL PUNISHMENT) to the (MAX) i am also pursuing a civil case against federal bureau of prisons for this and relevant conduct from other staff.. thank you for you time sorry for the inconvienece (jamar davis ) IF NEED BE I CAN ELABORATE ON A BP-11 WITH VIVID DETAILS , (THE CAMERA VIEW CAN SHOW ALL OF THIS) burden of proof

TRULINCS  72470054 - DAVIS, JAMAR - Unit: FLP-E-B

---------------------------------------------------------------------------------------------------

FROM: 72470054
TO: Tucker, Tanisha
SUBJECT: this the other half of it (dont mind) tryna print
DATE: 07/22/2023 01:01:47 PM


this is a case of cruel and unusual punishment and a hate crime were not only was i punished but was also assualted twice , deprived of medical attention in a emergency, lied on (false information) was added to the incident report, i was put back in forth in the same room/cell where their was blood all over the cell with no cleaning supplies , i did not have the proper clothing, my trays smelt like feces (i wasnt eating due to that) during the time frame all of this was taken place after i was maced and cuffed the officer sat their and watched me cough for approx 5 mins before taking me out of the cell (i have chronice asthma) the officer sprayed the o.c twice for no reason he did not see us fighting and when he told us to cuff up we did, (we did not) receieve a incident report for refusing a direct order and this officer still sprayed twice as if their was some sort of resisiting going on(their is a camera in fron of this cell) and after all of this that i was forced to endure the (DHO) sanctioned me to this harsh, unusual punishment for a 201 incident report (fight) which was (240) nonvested gct
(41) gct days ,(12 month) loss of phone usage and a heft fine of $405.00(review the camera footage from( june 30th > july 8th.10th) my rights were violated to the max and their should be some justification for their actions (read more) after i was maced , i was thrown back in that same cell with blood all over the walls etc, with mace in the air no exchange of clothes (NOTHING) this is bizzare and if anybody can defend these acts of hate, i will pursue to the next level of understanding thank you for your time sorry for the inconvience



## Individualized Reentry Plan - Program Review  (Inmate Copy)
### Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: DAVIS, JAMAR  72470-054

SEQUENCE: 01957765
Team Date: 05-21-2020

**Most Recent Payment Plan**

**Payment Details**
Trust Fund Deposits - Past 6 months:   $0.00          Payments commensurate ?   N/A
New Payment Plan:          ** No data **

**Progress since last review**
Inmate is Currently participating the brave program and making satisfactory progress.
Inmate is currently enrolled in GED and making satisfactory progress.
Inmate has maintained clear conduct since last program review

**Next Program Review Goals**
Your goal is to work towards completing the brave program by 11-1-2020. ✔
Your goal is to work towards completing GED by 11-1-2020 ✔
Your goal is to maintain Clear conduct by 11-1-2020. ✔

**Long Term Goals**
Your goal is to complete the Criminal Thinking class by release.
Your goal is to complete Anger Management by release.
Your goal is to complete Victim impact by release.
Your goal is to complete VT NCCER Core class by release.
Your goal is to  complete VT Electrical or Carpentry by release.
Your goal is to complete the Parenting Class by release.
Your goal is to complete the 500 hr. RDAP by release. ✗
Your goal is to complete the 100 hr. Drug Education class by release. ✔
Your goal is to complete the Halfway House Regulations RPP class by release.
Your goal is to obtain a Social Security Card and Birth Certificate by release.

**RRC/HC Placement**
No.
Management decision - He will be reviewed 17-19 months from release date.

**Comments**
USPO Sentencing District:
Michael Fitzpatrick Chief
New York Southern Probation Office
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street Room 698
New York, NY  10007-1312
212-805-0040
212-805-0046

I've COMPLETED (Brave Program) ✔
I've OBTAINED (G.E.D) ✔
I've COMPLETED (Drug. EDucation) ✔
Im currently ENRolled iN
(R.DAP)

Im currently ENRolled iN
(PrePariNG for success)
AFteR PrisoN.

To Whom It May Concern,

Goodmorning/Goodafternoon I Am Writing on Behalf Of The Fact I NEED LEGAL Assistance, I've Added THE (1) Statement of FACTS (2) Grounds for Releif (3) Releif Requested I've Endured Alot WHICH I've Explained on The next PAGE(s) I Sued The NYPD For Relevant Conduct And WON, I've Participated in The Kaleif Browder Documentary And Now Im Being Targeted From These FBOP Officials They've TryED Everything To Cover up what was DONE To ME But its Certain Events That has Happen WHICH CAN Never Be Covered Such As Me Being Tortured, Deprived of Medical Attention in An Emergency, Assaulted while In Handcuffs, I Had An Officer Dig Inside My Pocket After I was Already Handcuffed And Take My Address Book out And Throw it on The Floor So Somebody CAN Recover It, I Never Got it BACK, Along with My Pictures Of Family And Friends Which were Missing As well, (which I Never Got Back) Shortly After This I Started To Lose The People In Those Pictures That were Missing I Also HAD To Go Through The PAIN And Suffering From Multiple Different FBOP Officials While Grieving The Lost Of My Family And Friends, After Reading This You'll Have A Clear understanding Of The CASE, Im Prepared To PAY The ⅓ OF MY COMPENSATION To This Firm. I AM Requesting ($100 Million Dollars) The Modification Of My Sentence And I Want All Parties Involved Brought To Justice, I AM Incarcerated For Violence But That Does Not Define Me As A Human Being I was Lied on An I CAN Prove That Im Innocent, I DID Not Shoot A Innocent By standerr,

Which I am now in the process of doing please get back to me, I'm sorry for the inconvenience  (God Bless)

I need legal assistance due to the fact my case was dismissed due to officer's tampering with my mail (which) caused me to miss my deadline to reply also due to the fact I did not comprehend what the court was asking me (I'm not a lawyer) I've presented facts such as dates, times, CCC footage, documents, phone calls officer names and this court (William J Nealon) dismissed my case after all the actual events, I've presented to cover up what was done and to refrain from FBOP officials looking corrupt please get back to me (please) These are actual events that took place (I want justice) nobody should have to go through all of this without being compensated for such behavior from these FBOP officials who has no respect for a human being rights and respect for the law (everything is on camera) Thank-you sorry for the inconvience ( God Bless)


~Every person including an incarcerated felon has the right to be free from fear of offensive bodyily contact/harm and to be free from fear of offensive <sup>actual</sup> bodyily contact (any) person who violates either of these rights can be held liable both civilly and criminally unless such conduct is privillaged (which is not)

(DO OVER JULY 9)

40 / 40 - 08
EB-130

# FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
## INFORMAL RESOLUTION FORM

**_Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner._**

Inmate Name: JAMAR DAVIS      Reg. No. 72470-054

Unit: ~~EB~~   Cell No: 214      Date: 7/28/2023
   EB

**NOTICE TO INMATE**: You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), **you must attempt to informally resolve your complaint** through your Correctional Counselor. Please follow the steps listed below:

1. **State your complaint (single complaint or a reasonable number of closely related issues):**
   I HAVE BEEN IN USP FLORENCE FOR (30) DAYS AT THE TIME OF COMPLAINT WITHOUT HYGEINE ( WASNT AFFORDED) I HAD TO WALK AROUND SMELLING And LEFT No OTHER CHOICE BUT TO TAKE A SHOWER/ WASH MY MOUTH WITHOUT THE PROPER HYGEINE (WHICH I HAD NONE) We MISSED OUR SHOWER DAY (EVERY 72 HOURS) TWICE DURING THIS TIME PERIOD

   **(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))**

2. **State what resolution you expect:** TO Receive MY Personal PROPERTY (R & D)
   THEREFORE I CAN HAVE ALL THE THINGS I NEED, SUCH AS HYGEINE ETC.

Inmates Signature: J. DAVIS      Date: 7.28.2023

Counselor's Signature: M. Chisholm      Date: 8-9-2023

Department Involved: (R & D) & (LAUNDRY) Date Assigned: _____ Due Date: _____

**Department's Response regarding Complaint:** It use to be standard practice to issue a basic hygien kit to new arrivals with their bed rolls. I sent an e-mail inquiring about this to Mr. Lujan and Mr. Renter in Laundry about this concern. I also sent to Unit Manager Hamilton so he is also aware. PERSONAL Property, please speak with R+D Mr. Pino, Property may take time to be received. File a TORT Claim - Last Resort.

Department Head Signature: _____ Date: _____

Unit Manager's Review: _____ Date: _____

Informally Resolved: _____ Date: _____

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 7-12-2023 | 8-6-2023 | | | |
| TIME | | | | | |
| COUNSELOR | M. Chisholm | M. Chisholm | | | |

Cover

1. FIRST TIME SHIPPERS ARE NON-EXISTING, HERE At (USP FLORENCE) (1 month and 1 ½)
I WAS AFFORDED NO HYGEINE, UPON ARRIVING OR ON LOCKDOWN
For APPROX (30) DAYS BEFORE I WAS
GIVEN HYGEINE, SOAP, TOOTHPASTE TOOTHBRUSH        July 26
ON (July 7)  CONDITIONS OF CONFINEMENT For NEW Arrivals
ARE Cruel AND UNUSUAL Rather Intended or Not,

  (Relevant Conduct) EVERYBODY THAT CAME WITH ME From
USP CANAAN Received Their Personal Property.

  (IF NEEDED I CAN ELABORATE IN MORE VIVID Details
  (BP.9)

I'VE Just Received
MY Extra Clothing
From Laundry,
Due To LockDown
AND Being Told
to Come Back A
Numerous OF Times
Such As Shirts, PANTS,
Boxers

2. I Just WISH To Receive MY Personal Property
I HAVE THE COPY OF My Property Sheet
AND I HAVE THE Date, TIME AND OFFICER NAME
WHO PACKED ME OUT, Put My Property ON THE Bus
To USP CANAAN AND THE OFFICER WHO GRABBED
MY Property OFF THE Bus UPON Arriving IN USP CANAAN
(IF NEEDED TO PINPOINT My Property.)

\* Therefore My COMPLAINT & Internal Resolution is Clear
For UNDERSTANDING,

  (1.) I Went WITHOUT (A MONTH (+) "WITHOUT" THE
  Proper HYGEINE, (WASN'T AFFORDED) AND We
  MISSED TWO SHOWERS During THIS TIME FRAME.

  (2.) I WISH To Receive My Personal Property (From R & D)
  Therefore I CAN HAVE Everything I NEED
  FOR TIMES Like THIS. Respectfully

\* THE (CONDITIONS OF CONFINEMENT) Are Cruel
AND UNUSUAL For New Arrivals Rather
Intended or Not, I SHOULD NOT HAVE
To Go WITHOUT HYGEINE For Almost A MONTH AND A ½
Due To LockDown AND NOT Receiving HYGEINE
UPON Arrival, THIS BECOMES Problematic For
A MAN WHEN He is WALKING Around STINKING

  (IF NEEDED I CAN ELABORATE IN MORE VIVID Details
  ON A (BP.9) Time, etc

To WHOM It May CONCERN.                    Sep. 1. 2023

        GoodMorNING/GoodAfterNoon, The Reason For
This letter is To FilE (Civil Action) under 28.U.S.C
& 2241) Litagating My conditions of conFinement
Here At USP Florence. Upon Arriving At USP Florence
I was Given NoHYGeiNe For Approx 2 Months,
I was left No other CHoiCk But To Take showers
with No Soap And Wash My Mouth (Brush My Teeth)
with Just WATER, I was Not Afforded The opportunity
To Buy HYGeiNE Due To (1st Time shopper Are Non-Existing Here)
At USP FlorencE, Also we went To Commissary Two Times
WHILE/During This Time FramE And only was Afforded
OTC Items, Ive sent A copy of The BP-8 I Filled
To sum up The Discretion with Facts of My conditions
of confinement which is cruel And unusual  which
is The Reason I Am Litagating Thus Particular Problem
(Review Details of BP-8)
The Deeartment RESPONSE REGArDING Complaint was
It "use" To Be standard (Meaning It Has Not Been in
Effect Recently During The Time of My Arrival until
The DAte on BP-8 (7.28 2023)
(Full RESPONSE) →
, It use To Be standard Practice To Issue A Basic
HYGeiNe Kit To New Arrivals with Their Bed Rolls,
I sent An Email INQuiring About This To Mr. LAJAN
And Mr. YenTER IN LAUNDry About This."

The Resolution To My Problem WAS NOT HandleD So I AM NOW Requesting ($20,000) For My Time That I went Without Which WAS Very Problematic For ME, DUE To WALKING Around Smelling BAD And Not WANTING TO Accept or Depend On Another Inmate For Various Reasons Such As (1) I Can Receive An Incident Report for (328) Which is Giving Money or Anything of value To or Accepting Anything of value From Another Inmate or Any other Person (2) Do Not Accept An offer, Gifts or Favors From Others Most Gifts or Favors Come With Strings Attached To Them (AND) I Dont want Nobody To Get The Wrong IDEA ②(Sexually Abusive Behavior Prevention)↑

Thank You For Your Time,

Please Docket And Send ME A Civil Action # Therefore I Can Take The Further Steps With This Procedure.

JAMAL DAVIS

72470.054

When A Prisoner is Deprived Of The Means Of Maintaining Personal Hygeine Such As SOAP. WATER, Towels, Toilet Paper ToothBrush or Clothing – The Conditions Become Consititionally Intolerable.

($20,000) For The Record